# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2014

### NO. 03-14-00024-CV

**Melinda Greenhaw, Appellant**

**v.**

**HSBC Bank USA, as Trustee for PHH Alternative Mortgage Trust, Series 2007-3, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on October 15, 2013. Having reviewed the record, the Court holds that Melinda Greenhaw has not prosecuted her appeal and did not comply with a notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.